The People of the State of New York, Respondent, v. Frank Copetta, Appellant.— Judgment of conviction of the County Court of Kings county

affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.